# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TYLER ORY

VERSUS

HKA ENTERPRISES INDUSTRIAL
SOLUTIONS, LLC AND INDEMNITY
INSURANCE COMPANY OF NORTH
AMERICA

NO.   2024 CW 0020

**FEBRUARY 16, 2024**

---

In Re:   HKA   Enterprises   Industrial   Solutions,   LLC   and
Indemnity Insurance Company of North America, applying
for   supervisory   writs,   Office   of   Workers'
Compensation, District 5, No. 2022-05326.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

   **WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) *(per curiam)* are not met.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT